UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SAN MATEO CO. DISTRICT ATTORNEY,<br><br>　　　　　Respondent. | Case No. 16-cv-04110-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated July 21, 2016, the Clerk of the Court directed Petitioner to complete an in forma pauperis (IFP) application, and told him that he must complete the application within twenty-eight days or his action would be dismissed. The Clerk sent Petitioner a blank prisoner's IFP application.

The Clerk sent a second notice on September 7, 2016, giving Petitioner another twenty-eight days from that date to complete an IFP application and again sent Petitioner a blank application.

More than twenty-eight days have passed, and Petitioner has not filed the necessary documents.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 10/28/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge