UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br><br>        Petitioner,<br><br>   v.<br><br>SAN MATEO CO. DISTRICT ATTORNEY,<br><br>        Respondent. | Case No. 16-cv-04110-HSG (PR)<br><br>**JUDGMENT** |

Judgment is entered against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/28/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge